RECEIVED
OCT 30 2018
CLERK
U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 OCT 30 AM 10:28
OFFICE OF THE CLERK

8:18mc242

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, Plaintiff, v. **Jason Cardiff, et al.**, Defendants. | No. ED 5:18-cv-02104-SJO-PLA<br><br>[PROPOSED]<br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND GRANTING CONTINUANCE OF PRELIMINARY INJUNCTION HEARING FOR DEFENDANT DANIELLE CADIZ** |

Upon consideration of the stipulation entered into by the Federal Trade Commission and Defendant Danielle Cadiz requesting that, with respect to Defendant Cadiz, the Court extend the Temporary Restraining Order (TRO) and continue the preliminary injunction hearing that is currently scheduled for Tuesday, October 23, 2018 at 2:00 p.m. to such date as the Court may set, it is hereby:



I hereby attest and certify on 10/25/18 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK

-1-

1186

**ORDERED** that the request is **GRANTED**, and the TRO entered by this Court on October 10, 2018 shall remain in full force and effect until further order of this Court.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's application for a preliminary injunction with respect to Defendant Danielle Cadiz is continued to Wednesday, November 7, 2018 at 4:00 p.m.

DATED this 24th day of October, 2018.

*S. James Otero*

United States District Judge