RECEIVED

OCT 3 0 2018

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 OCT 30  AM 10: 28

OFFICE OF THE CLERK



FILED
CLERK, U.S. DISTRICT COURT

October 24, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:     VPC     DEPUTY

CLERK
U.S. DISTRICT COURT
LA

8:18 mc242

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission**, | No. ED 5:18-cv-02104-SJO-PLA |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ |
| | **ORDER EXTENDING** |
| **Jason Cardiff, et al.,** | **TEMPORARY RESTRAINING** |
| Defendants. | **ORDER AND GRANTING** |
| | **CONTINUANCE OF** |
| | **PRELIMINARY INJUNCTION** |
| | **HEARING FOR DEFENDANTS** |
| | **JASON CARDIFF AND** |
| | **EUNJUNG CARDIFF AND** |
| | **ORDERING THEM TO** |
| | **RETURN ASSETS** |

Upon consideration of the stipulation entered into by the Federal Trade Commission and Defendants Jason Cardiff and Eunjung Cardiff requesting that, with respect to them, the Court extend the Temporary Restraining Order (TRO) issued on October 10, 2018, and continue the preliminary injunction hearing that was scheduled for October 23, 2018, at 2:00 p.m., and upon consideration of oral

I hereby attest and certify on 10/25/18
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
            DEPUTY CLERK

-1-

1186

argument heard on October 23, 2018, from Plaintiff and information provided to
the Court by the Receiver, it is hereby **ORDERED** that:

1. The TRO entered by this Court on October 10, 2018, shall remain in
   full force and effect until further order of this Court.
2. The hearing to show cause why a preliminary injunction should not
   issue with respect to Defendants Jason Cardiff and Eunjung Cardiff is
   continued to Wednesday, November 7, 2018 at 4:00 p.m.
3. Defendants Jason Cardiff and Eunjung Cardiff shall complete the
   financial disclosures required under Paragraph IX of the TRO by
   October 25, 2018.
4. By October 25, 2018, Defendant Jason Cardiff shall return, to the
   Receiver, pursuant to the Receiver's instructions, the $5,000 he
   withdrew from Arizona Bank & Trust on October 15, 2018, in
   violation of the asset freeze in the TRO.
5. By October 25, 2018, Defendant Eunjung Cardiff shall return, to the
   Receiver, pursuant to the Receiver's instructions, the $3,715.00 she
   withdrew from Chaffey Federal Credit Union on October 12, 2018, in
   violation of the asset freeze in the TRO.

DATED this 24th day of October, 2018.

S. Jame Oten

_____

United States District Judge